Larry Wayne QUINT, Respondent,

v.

Melody Anne QUINT, Appellant.

No. WD 44232.

Missouri Court of Appeals,
Western District.

Dec. 10, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 28, 1992.

Jon D. Schillie, Kansas City, for appellant.

Dennis W. Smithmier, Lawson, for respondent.

Before SHANGLER, P.J., and BERREY
and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from portion of dissolution of
marriage decree awarding primary physical
custody of child to respondent father.

Decree affirmed. Rule 84.16(b).